5/13/2025 3:07 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-20-003118
Rosa Oneal

CAUSE NO. D-1-GN-20-003118

| | | |
|---|---|---|
| JULIUS KADIA,<br>*Plaintiff,* | §<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§<br>§ | TRAVIS COUNTY, TEXAS |
| TEXAS HEALTH AND HUMAN<br>SERVICES COMMISSION,<br>*Defendant.* | §<br>§<br>§<br>§ | 345TH JUDICIAL DISTRICT |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/14/2025 12:54:43 PM
CHRISTOPHER A. PRINE
Clerk

## DEFENDANT TEXAS HEALTH AND HUMAN SERVICES COMMISSION'S NOTICE OF APPEAL OF FINAL JUDGMENT

Defendant Texas Health and Human Services Commission ("Defendant" or "HHSC"), hereby files this Notice of Appeal pursuant to Texas Civil Practice and Remedies Code section 51.012, appealing the Final Judgment signed on February 18, 2025.

1. On March 14, 2025, the Defendant timely filed its Motion for Remittitur and Motion for New Trial. On or about April 30, 2025, the Defendant's Motion for New Trial was overruled by operation of law. *See* Tex. R. Civ. Proc. 329b(c).

2. Defendant timely files this notice within 90 days after the date the judgment was signed, in accordance with Texas Rule of Appellate Procedure 26.1.

3. This Notice of Appeal is filed and served on all parties in the above titled and numbered cause in accordance with Texas Rule of Appellate Procedure 25.1.

4. Defendant respectfully notifies the Court that as a governmental unit, Defendant is not required to file a bond for court costs. *See* TEX. CIV. PRAC. & REM. CODE § 6.001. Defendant's appeal is therefore perfected upon the filing of the notice of appeal.

5. Defendant respectfully requests that the trial court clerk comply with the duties set forth in Texas Rules of Appellate Procedure 25.1(f), 35.1, and 35.3.

Dated: May 13, 2025

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General
for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

*/s/ Stephanie A. Criscione*
DREW L. HARRIS
Texas Bar No. 24057887
COLE P. WILSON
Texas Bar No. 24122856
STEPHANIE A. CRISCIONE
Texas Bar No. 24109768
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone (512) 463-2120
Fax (512) 320-0667
drew.harris@oag.texas.gov
cole.wilson@oag.texas.gov
stephanie.criscione@oag.texas.gov
*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2025, a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager to all registered parties in compliance with TRCP 21a to:

Corinna Chandler
chandler@chandlerlawpc.com
Tel: (972) 863-9063
Fax: (972) 692-5220
Eliot Shavin
eshavin@sbcglobal.net
Tel: (214) 522-2010
CHANDLER & SHAVIN, PLLC
12377 Merit Drive, Suite 880
Dallas, Texas 75251
**ATTORNEYS FOR PLAINTIFF**

*/s/ Stephanie A. Criscione*
Stephanie A. Criscione

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Thomas Ray on behalf of Drew Harris
Bar No. 24057887
thomas.ray@oag.texas.gov
Envelope ID: 100781374
Filing Code Description: Notice of Appeal
Filing Description: DEFENDANT TEXAS HEALTH AND HUMAN SERVICES COMMISSION'S NOTICE OF APPEAL OF FINAL JUDGMENT
Status as of 5/14/2025 10:35 AM CST

Associated Case Party: TEXAS HEALTH AND HUMAN SERVICES COMMISSION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Drew Harris | | drew.harris@oag.texas.gov | 5/13/2025 3:07:45 PM | SENT |
| Thomas Ray | | thomas.ray@oag.texas.gov | 5/13/2025 3:07:45 PM | SENT |
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 5/13/2025 3:07:45 PM | SENT |
| Stephanie Criscione | | stephanie.criscione@oag.texas.gov | 5/13/2025 3:07:45 PM | SENT |
| Cole Wilson | | Cole.Wilson@oag.texas.gov | 5/13/2025 3:07:45 PM | SENT |
| Venessa Rodriguez | | Venessa.Rodriguez@oag.texas.gov | 5/13/2025 3:07:45 PM | SENT |

Associated Case Party: JULIUS KADIA

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Corinna Chandler | | chandler@chandlerlawpc.com | 5/13/2025 3:07:45 PM | SENT |
| Eliot Shavin | | eshavin@sbcglobal.net | 5/13/2025 3:07:45 PM | SENT |
| Eliot Shavin | | shavin@chandlershavin.com | 5/13/2025 3:07:45 PM | SENT |